ACCEPTED
05-14-01464-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/17/2015 9:53:40 AM
LISA MATZ
CLERK

NO. 05-14-01464-CV

IN THE FIFTH DISTRICT COURT OF APPEALS
DALLAS DIVISION

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/17/2015 9:53:40 AM
LISA MATZ
Clerk

SHERI DURHAM and DENISE JENKINS, as Administrator
of the Estate of Jessica Haley Durham,

Appellants,

V.

CHILDREN'S MEDICAL CENTER OF DALLAS, AMY HOLLAND, CPNP,
DAVID KINES, FNP, LAWSON COPLEY, M.D., J. PATRICK HIEBER, M.D.,
and TIMOTHY RUPP, M.D.,

Appellees.

APPELLANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF

Appellants Sheri Durham and Denise Jenkins, as Administrator of the Estate of Jessica Haley Durham ("Appellants"), file this Unopposed Motion for Extension of Time to File their Reply Brief, and in support respectfully show as follows:

1. The deadline for the filing of Appellants' Reply Brief is June 29, 2015.

2. Appellants seek an extension of this deadline for twenty-one (21) days, or until July 20, 2015.

3.      The extension is required due to previously scheduled trials and other deadlines making Appellants' counsel unavailable to complete and file the brief by the current deadline.

4.      This is Appellants' first request for an extension of this particular filing deadline.

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully request that the Court extend the deadline for the filing of Appellants' Reply Brief for a period of twenty-one (21) days or until July 20, 2015.

Respectfully submitted,


 /s/ *Carrie P. Kitner*
Kenneth B. Chaiken
State Bar No. 04057800
kchaiken@chaikenlaw.com
Robert L. Chaiken
State Bar No. 04057830
rchaiken@chaikenlaw.com
Carrie P. Kitner
State Bar No. 24074921
ckitner@chaikenlaw.com

**CHAIKEN & CHAIKEN, P.C.**
Legacy Town Center III
5801 Tennyson Parkway, Suite 440
Plano, Texas  75024
(214) 265-0250 telephone
(214) 265-1537 facsimile

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 16, 2015, I conferred with counsel for the Appellees regarding the items to be presented to the Court in this motion. All counsel stated that they are not opposed to the relief requested.

/s/ *Carrie P. Kitner*
Carrie P. Kitner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Unopposed Motion for Extension of Time to File Appellants' Reply Brief has been served upon counsel for Appellees via electronic service and/or e-mail on the 17th day of June, 2015.

/s/ *Carrie P. Kitner*
Carrie P. Kitner